UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-23(DSD)

United States of America,

Plaintiff,

v.                                                    **ORDER**

Luis Gomez-Esteban,

Defendant.


This matter is before the court upon the motion by defendant Luis Gomez-Esteban for a sentence reduction because he is serving "hard time" in the Sherburne County Jail.

On September 11, 2025, the court sentenced defendant to 21 months' imprisonment in the custody of the Bureau of Prisons. He is scheduled to be released on August 1, 2026. Defendant was in pre-sentence custody at the Sherburne County Jail and remains there today. He claims that his experience in custody amounts to hard time and warrants his immediate release. The court disagrees.

Defendants often are placed in the Sherburn County Jail before sentencing. Once sentencing occurs it takes some time for the BOP to place defendants in a federal facility. Because the court sentenced defendant just last month, any delay in moving defendant to a federal facility is to be expected and does not serve as a basis for a reduction in sentence.

Accordingly, **IT IS HEREBY ORDERED** that the motion to reduce sentence [ECF No. 45] is denied.

Dated: October 27, 2025

s/David S. Doty
David S. Doty, Judge
United States District Court